**FILED**
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JAN 10 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JANUARY 7TH 2008

C07-4542-RMW

TO: OFFICE OF THE CLERK:

I SUBMITTED A WRIT FOR PETITION/HABEAS CORPUS TO THE U.S. DISTRICT COURT (NORTHERN DISTRICT) WHICH WAS FILED AND STAMPED BY COURT CLERK RICHARD WEIKING ON AUGUST 31, 2007 IN THE U.S. DISTRICT COURT IN THE NORTHERN DISTRICT OF CALIFORNIA. ALTHOUGH MY HABEAS CORPUS WAS GIVEN A DOCKET/COURT CASE NUMBER, I NEVER RECEIVED THAT ACTUAL COURT DOCKET NUMBER MY PETITION IS FILED UNDER. SO I WOULD LIKE TO KNOW THE ACTUAL COURT CASE DOCKET NUMBER THAT MY PETITION IS FILED UNDER. MY NAME IS RICHARD JUNIEL, AND MY PETITION/HABEAS CORPUS WAS SUBMITTED ON BEHALF OF APPEAL NUMBER A105203, ALAMEDA COUNTY SUPERIOR COURT CONVICTION NUMBER 145236A. THANK YOU.

RESPECTFULLY SUBMITTED,

Juniel

MR. RICHARD JUNIEL
# V18808
HIGH DESERT STATE PRISON
P.O. BOX 3030
SUSANVILLE, CA 96127

M. PINHOLSTER JV-09066
H.D.S.P., FCB6-103L
P.O. Box 3030
SUSANVILLE, CA (HIGH DESERT STATE) 96127



049J82046573
$00.41⁰
01/08/2008
Mailed From 96127
US POSTAGE

STATE PRISON

CONFIDENTIAL LEGAL MAIL

OFFICE OF THE CLERK,
U.S. DISTRICT COURT, NORTHERN DIST.
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102