1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
    455 Golden Gate Avenue, Suite 11000
7   San Francisco, CA 94102-3664
    Telephone: (415) 703-5968
8   Fax: (415) 703-1234
    Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD JAMES JUNIEL, JR.,** | C 07-4542 RMW (PR) |
| Petitioner, | |
| v. | |
| **T. FELKNER, Warden,** | |
| Respondent. | |

**DECLARATION OF COUNSEL IN SUPPORT OF RESPONDENT'S EX PARTE APPLICATION FOR FIRST EXTENSION OF TIME**

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JOAN KILLEEN
   Deputy Attorney General
6  State Bar No. 111679
     455 Golden Gate Avenue, Suite 11000
7    San Francisco, CA 94102-3664
     Telephone: (415) 703-5968
8    Fax: (415) 703-1234
     Email: Joan.Killeen@doj.ca.gov
9  Attorneys for Respondent

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13

   **RICHARD JAMES JUNIEL, JR.,**                C 07-4542 RMW (PR)
14
                              Petitioner,        **DECLARATION OF**
15                                               **COUNSEL IN SUPPORT OF**
        v.                                       **RESPONDENT'S EX PARTE**
16                                               **APPLICATION FOR FIRST**
   **T. FELKNER, Warden,**                       **EXTENSION OF TIME**
17
                              Respondent.
18

19       I, Joan Killeen, declare under penalty of perjury that:

20       I am a Deputy Attorney General of the State of California and am admitted to practice law

21  in this state and before this Court.  I have been assigned to represent respondent and to prepare the

22  answer in this case.  Respondent has made no previous request for an extension of time.

23       On April 28, 2008, this Court issued an Order to Show Cause, directing respondent to file

24  an answer to the petition for writ of habeas corpus within sixty days.

25       I request an additional sixty days from the present due date to prepare and file the answer.

26  This request is not made for the purpose of delay.  In the past sixty days, I filed the answers to the

27  petitions for writ of habeas corpus in *Cruz v. Subio*, C 07-4329 JSW, and *Hawkins v. Dexter*, C 08-

28

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-4542
RMW (PR)

1

1087 SI (PR), a motion to dismiss the petition for writ of habeas corpus in *Monroe v. Adams*, CIV S-08-0558 MCE DAD P, a reply to the opposition to a motion to dismiss the petition for writ of habeas corpus in *McCord v. Warden*, C 07-5217 CRB, and the respondent's briefs in *People v. Luna*, H031666, and *People v. Ary*, 113020. I am currently working on the respondent's brief in *People v. Terwilligar*, A119000, a case with a reporter's transcript over 1,800 pages long and a clerk's transcript over 1,450 pages long. In addition, I have to file the respondent's brief in *People v. Gonzalez*, H032193, and the answers to the petitions for writ of habeas corpus in *Tamboura v. Ayers*, C 08-1143 JF, and *Nordlof v. Clark*, C 07-4899 MMC, before beginning work on the answer in this case.

Petitioner raises eleven claims for relief in connection with his 2003 convictions for first degree murder with personal use of a firearm, unlawful possession of a firearm, and possession of an assault weapon. The reporter's transcript of the trial is over 2,000 pages long and the clerk's transcript is over 500 pages long.

In light of my current work load, the number of claims raised by petitioner, and the necessity of reviewing the lengthy trial record to address those claims, I will be unable to prepare and file the answer by the current due date.

I have not contacted petitioner in this case because he is a state prisoner proceeding pro se.

Executed on June 26, 2008, at San Francisco, California.

/s/ Joan Killeen
JOAN KILLEEN
Deputy Attorney General

Declaration Of Counsel In Support Of Respondent's Ex Parte Application For First Extension Of Time - C 07-4542 RMW (PR)

2