1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

**RICHARD JAMES JUNIEL, JR.,**                    C 07-4542 RMW (PR)

12
                                    Petitioner,    **[PROPOSED] ORDER GRANTING
13                                                 FIRST EXTENSION OF TIME TO
          v.                                       FILE ANSWER**
14
**T. FELKNER, Warden,**
15
                                    Respondent.
16

17        GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and

18  including August 26, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may

19  file a reply within (30) days after the answer has been filed and served.

20        DATED: _____

21

22                    _____
                      RONALD M. WHYTE
23                    UNITED STATES DISTRICT JUDGE

24

25

26

27

28