*E-FILED - 7/24/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD JAMES JUNIEL, JR.,** | C 07-4542 RMW (PR) |
| Petitioner, | [] **ORDER GRANTING FIRST EXTENSION OF TIME TO FILE ANSWER** |
| v. | |
| **T. FELKNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent is granted an additional sixty (60) days to and including August 26, 2008, to file an answer to the petition for writ of habeas corpus. Petitioner may file a reply within (30) days after the answer has been filed and served.

DATED: 7/24/08

*Ronald M. Whyte*
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE