IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **RICHARD JAMES JUNIEL, JR.,** | C 08-4542 RMW (PR) |
| Petitioner, | **[PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES** |
| v. | |
| **T. FELKNER, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, respondent's motion to dismiss the petition for writ of habeas corpus for failure to exhaust state remedies is granted. 28 U.S.C. § 2254(b); *Rose v. Lundy*, 455 U.S. 509 (1982).

DATED: _____

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE