# EXHIBIT E

(Denial of Petition for Review)

*Killeen, J.*

Court of Appeal, First Appellate District, Div. 2 - No. A105203
S142109

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

RICHARD JUNIEL, JR. et al., Defendants and Appellants.

Petition for review DENIED.

SUPREME COURT
FILED

JUN 1 4 2006

Frederick K. Ohlrich Clerk

DEPUTY



DOCKETED
SAN FRANCISCO
JUN 1 6 2006
By L. CARAMANZANA
No. SF-2004DA0340

GEORGE

Chief Justice