## DECLARATION OF SERVICE

Case Name:  **Juniel, Jr. v. Felkner, Warden**                No.:  **C 07-4542 RMW (pr)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the Bar of this Court at which member's direction this service is made.  I am 18 years of age or older and not a party to the within entitled cause; I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **August 13, 2008**, I placed the attached **1) MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST STATE REMEDIES; and 2) [PROPOSED] ORDER GRANTING RESPONDENT'S MOTION TO DISMISS FOR FAILURE TO EXHAUST STATE REMEDIES** in the internal mail collection system at the Office of the Attorney General, 455 Golden Gate Avenue, Suite 11000,  San Francisco, CA 94102, for deposit in the United States Postal Service that same day in the ordinary course of business, in a sealed envelope, postage thereon fully prepaid, addressed as follows:

Richard James Juniel, Jr.
V18808
High Desert State Prison
P. O. Box 750
Susanville, CA  96127-0750

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **August 13, 2008**, at San Francisco, California.

| L. SORENSEN | /s/ L. Sorensen |
|---|---|
| Typed Name | Signature |