```
1  RICHARD J. JUNIEL, JR.                      FILED
   PETITIONER AND APPELLATE
2  V18808                                   08 AUG 11 PM 1:55
3  HIGH DESERT STATE PRISON
   475-750 RICE CANYON ROAD              CLERK U.S. DISTRICT COURT
4  SUSANVILLE, CALIFORNIA 96127           NORTHERN DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD JAMES JUNIEL, JR., PETITIONER, | C 07-4542 RMW (PR) |
| V. | MOTION TO REQUEST THE RECORD ON APPEAL AFTER JUDGEMENT AND FINAL ORDER |
| T. FELKER, WARDEN, RESPONDENT. | |

I, THE UNDERSIGNED PETITIONER PROCEEDING PRO SE IN THIS CASE, REQUEST FROM THE CLERK OF THE U.S. DISTRICT COURT; 1.) THE ORIGINAL PAPERS AND EXHIBITS FILED IN THE DISTRICT COURT; 2.) A CERTIFIED COPY OF THE DOCKET ENTRIES PREPARED BY THE DISTRICT CLERK, AND 3.) THE TRANSCRIPT OF PROCEEDINGS. I AM A PRO SE APPELLANT APPEARING IN FORMA PAUPERIS, AND THE COST OF THE TRANSCRIPT IS TO BE COVERED BY THE UNITED STATES UNDER THE CRIMINAL JUSTICE ACT.

RESPECTFULLY SUBMITTED,
RICHARD J. JUNIEL, JR.
PETITIONER.

1.

DECLARATION OF SERVICE:

CASE NAME: RICHARD JAMES JUNIEL, JR. V. T. FELKER, WARDEN — NO. C 07-4542 RMW (P.R.)

ON AUGUST 1, 2008, I PLACED THE FOLLOWING ORIGINAL AND THREE CLEAR DUPLICATE COPIES OF SAID ORDER TO REQUEST THE RECORD ON APPEAL IN THE INTERNAL LEGAL MAIL SYSTEM AT THE CALIFORNIA DEPARTMENT OF CORRECTIONS AT HIGH DESERT STATE PRISON IN SUSANVILLE, CALIFORNIA, FOR DEPOSIT IN THE UNITED STATES POSTAL SERVICE THIS SAME DAY IN THE ORDINARY COURSE OF BUSINESS, IN A SEALED ENVELOPE, POSTAGE FULLY PREPAID, ADDRESSED AS FOLLOWS:

CLERK OF THE U.S. DISTRICT COURT
455 GOLDEN GATE AVE
SAN FRANCISCO, CALIFORNIA 94102

A CERTIFIED COPY OF SAID ORDER WAS ALSO SERVED ON RESPONDENTS ATTORNEY IN THE SAME MANNER OF MAILING PROCESS ADDRESSED AS FOLLOWS:

JOAN KILLEEN, DEPUTY ATTORNEY GENERAL
455 GOLDEN GATE AVE, SUITE 11000
SAN FRANCISCO, CALIFORNIA 94102-3664

I DECLARE UNDER PENALTY OF PERJURY THE FOREGOING INFORMATION IS TRUE AND CORRECT.

RICHARD J. JUNIEL, PETITIONER

2.)

#V28808 Z-1074
475-750 Rice Canyon Road
Susanville, CA 96127

LEGAL MAIL

Z-1074

STATE PRISON

C8 AUG 11 PM 1:51
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

RMW

Clerk Of The U.S. District C[ourt]
450 Golden Gate Ave
San Francisco, CALIFORNIA 941[...]

LEGAL MAIL

HIGH DESERT STATE PRISON



LEGAL MAIL

LEGAL MAIL