1

2

3

4

5

*E-FILED - 6/4/09*

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

| | |
|---|---|
| **RICHARD JAMES JUNIEL, JR.,** | C 07-4542 RMW (PR) |
| Petitioner, | **[] ORDER GRANTING LEAVE TO FILE MEMORANDUM OF POINTS AND AUTHORITIES IN EXCESS OF 25 PAGES** |
| **v.** | |
| **T. FELKNER, Warden,** | |
| Respondent. | |

13

14

15

16

17

18

19        GOOD CAUSE APPEARING, respondent is granted leave to file a memorandum of points

20    and authorities in support of the Answer to Petition for Writ of Habeas Corpus in excess of 25

21    pages.

22        DATED: ___6/4/09___

23

*Ronald M. Whyte*

RONALD M. WHYTE, JUDGE
UNITED STATES DISTRICT COURT

24

25

26

27

28    20199421.doc