1
2
3
4
5
6
7
8
9

*E-FILED - 11/30/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10  RICHARD JAMES JUNIEL, JR.,        )    No. C 07-4542 RMW (PR)
                                      )
11                    Petitioner,     )    ORDER DENYING EX PARTE MOTION
                                      )    TO RECONSIDER
12      vs.                           )
                                      )
13  T. FELKNER, Warden,               )
                                      )
14                    Respondent.     )
                                      )
15  _____  )

16
17          On May 11, 2010, the court denied petitioner's petition for writ of habeas corpus on the

18  merits and entered judgment in favor of respondent.  On May 27, 2010, petitioner filed an ex

19  parte motion to reconsider the judgment.  In his motion to reconsider, petitioner claims that Rule

20  11(a) of the Rules Governing § 2254 Cases, 28 U.S.C. foll. § 2254, became effective on

21  December 1, 2009 – after the date he filed his federal habeas petition – and therefore, should not

22  have been applied in petitioner's case.  Rule 11(a) is merely a procedural requirement directing a

23  district court that denies a habeas petition to grant or deny a certificate of appealability

24  simultaneously in its ruling.

25          Petitioner's motion to reconsider is DENIED.

26          IT IS SO ORDERED.

27  DATED: ___11/30/10___                    _Ronald M. Whyte_____
                                             RONALD M. WHYTE
28                                           United States District Judge